NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1291
(Reexamination No. 90/008,068)

IN RE MEDICIS PHARMACEUTICAL CORPORATION

Frederick H. Colen, Reed Smith LLP, of Pittsburgh, Pennsylvania, argued for appellant. With him on the brief was Richard T. Ting.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Janet A. Gongola, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1291
(Reexamination No. 90/008,068)

IN RE MEDICIS PHARMACEUTICAL CORPORATION

# Judgment

ON APPEAL from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

In CASE NO(S). 90/008,068.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, PLAGER, and PROST, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED *December 14, 2009*  */s/ Jan Horbaly*
        *Jan Horbaly, Clerk*